IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MARIE WESTROPE, et al.,

        Plaintiff,

vs.

RINGLER ASSOCIATES INCORPORATED, et al.,

        Defendant.
_____/

Case No. **6:14-cv-00604-TC**

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF WARREN      ss.

I, Alex Dordon, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the STATE OF NEW YORK and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

    *Summons and Complaint; Notice of Electronic Filing; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; Civil Case Management Time Schedules*

Upon **PAUL HOFFMAN**, by delivering such true copy at the dwelling house or usual place of abode of PAUL HOFFMAN, to-wit: 5 Deer Run, Gansevoort, NY 12831, to Dee Honnolod, who is a person 14 years of age or older residing in the dwelling house or usual place of abode of the person to be served on April 29, 2014 at 3:37 PM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this ___ day of _____, 20__
by Alex Dordon.

_____
Notary Public

X _____
Alex Dordon
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*307815*

SUSAN A. YARTER
Notary Public, State of New York
Washington Co. #01YA6072393
Commission Expires Apr. 1, 20__