**Timothy S. DeJong,** OSB No. 940662
Email: tdejong@stollberne.com
**Nadia H. Dahab,** OSB No. 125630
Email:ndahab@stollberne.com
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:    (503) 227-1600
Facsimile:    (503) 227-6840

**Brett Cebulash** (admitted *pro hac vice*)
Email: bcebulash@tcllaw.com
**Kevin S. Landau** (admitted *pro hac vice*)
Email: klandau@tcllaw.com
**Archana Tamoshunas** (admitted *pro hac vice*)
Email: atamoshunas@tcllaw.com
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone:    (212) 931-0704
Facsimile:    (212) 931-0703

**Attorneys For Plaintiffs**
[Additional counsel appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REGGIE KELLY and MARIE WESTROPE, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br>   v.<br><br>RINGLER ASSOCIATES INCORPORATED, PAUL HOFFMAN and JOHN B. JOSEPH,<br><br>         Defendants. | Case No. 3:14-CV-00604-YY<br><br>**STIPULATION OF DISMISSAL** |

Page 1 **– STIPULATION OF DISMISSAL**

## STIPULATION OF DISMISSAL

Reggie Kelly and Marie Westrope ("Plaintiffs") and Ringler Associates Incorporated, Paul Hoffman, and John B. Joseph, (collectively, "Ringler") file this Stipulation of Dismissal and would respectfully show the Court as follows:

1. On April 14, 2014, Plaintiffs filed suit against Ringler.

2. Plaintiffs move to dismiss their claims against Ringler with prejudice.

3. Ringler, who has filed an answer in this case, agrees to dismissal of claims against it brought by Plaintiffs.

4. The Court has not certified this action as class action under Federal Rule of Civil Procedure 23.

5. Court costs and attorney fees shall be borne by the party incurring same.

Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' claims against Ringler may be dismissed with prejudice and without need of a court order.

Pursuant to Local Rule 11-1(d)(2), the Parties consent to affixing their electronic signature on this stipulation.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated this 30th day of June, 2017. | Dated this 30th day of June, 2017. |
| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | DRINKER BIDDLE & REATH LLP |
| By: s/Nadia H. Dahab<br>    **Timothy S. DeJong**, OSB No. 940662<br>    Email: tdejong@stollberne.com<br>    **Nadia H. Dahab,** OSB No. 125630<br>    Email:ndahab@stollberne.com | By:s/ Michael T. Stone<br>    **Stephen R. Harris** (*Pro Hac Vice*)<br>    **Alex H. Hayden** (*Pro Hac Vice*)<br>One Logan Square<br>Suite 2000<br>Philadelphia, PA 19103-6996<br>(215) 988-2700<br>(215) 988-2725 fax<br>Stephen.Harris@dbr.com<br>Alex.Hayden@dbr.com |
| 209 SW Oak Street, 5th Floor<br>Portland, OR 97204<br>Telephone:   (503) 227-1600<br>Facsimile:   (503) 227--6840 | |
| -And- | -And- |

Page 2 – **STIPULATION OF DISMISSAL**

**Brett Cebulash** (admitted *pro hac vice*)
Email: bcebulash@tcllaw.com
**Kevin S. Landau** (admitted *pro hac vice*)
Email: klandau@tcllaw.com
**Archana Tamoshunas** (admitted *pro hac vice*)
Email: atamoshunas@tcllaw.com
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone:    (212) 931-0704
Facsimile:    (212) 931-0703

-And-

**Jennifer Middleton**, OSB No.: 071510
Email:  jmiddleton@justicelawyers.com
JOHNSON JOHNSON & SCHALLER, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Telephone:  (541) 484-2506
Facsimile:  (541) 484-0882

-And-

**David F. Sorensen** (admitted *pro hac vice*)
Email: dsorensen@bm.net
**Shanon J. Carson** (admitted *pro hac vice*)
Email: scarson@bm.net
**Patrick F. Madden** (admitted *pro hac vice*)
Email: pmadden@bm.net
**Nick Urban** (admitted *pro hac vice*)
Email: nurban@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:    (215) 875-4656
Facsimile:    (215) 875-4604

**Attorneys for Plaintiffs**

**Michael T. Stone**
BRISBEE & STOCKTON LLC
139 NE Lincoln Street, P.O. Box 567
Hillsboro, OR  97123
(503) 648-6677
(503) 648-1091 fax
mts@brisbeeandstockton.com

**Attorneys for Defendants**